UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| HOPE MEDICAL GROUP FOR WOMEN, ET AL | CIVIL ACTION |
| VERSUS | NO. 06-9176 |
| KIM EDWARD LEBLANC, M.D., ET AL | SECTION "I" (4) |

**O R D E R**

Counsel are advised that Conrad Meyer, IV, Esq. an attorney with Adams & Reese, was retained to perform limited estate work in connection with my last will and testament. The issue for which Mr. Meyer was consulted required a minimal amount of work and ongoing representation is not anticipated. Should any party have a question about my continued participation in this case, that party shall advise the Court in writing of its concern within two (2) days of the receipt of this order.

New Orleans, Louisiana, this    2nd    day of November, 2006.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE