# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IT IS ORDERED that the following civil cases are hereby TRANSFERRED from Section "B" to Section "T" of this Court effective June 18, 2007:

| | |
|---|---|
| 05-0910 | Holly Sarre vs. New Orleans City |
| 05-5729 | Commercial Capital Lending, L.L.C. vs. Adami S.A. Madeiras |
| 06-3818 | Lafete Tucker vs. Tangipahoa Parish School Board, et al. |
| 06-4083 | Lower River Marine, Inc. vs. USA-497 Barge, et al. |
| 06-4167 | Doussan Properties, LLC vs. Union Industrial Gas & Supply, Inc., et al. |
| 06-4437 | James Sullivan, Jr., et al. vs. Monsanto Company, et al. |
| 06-6075 | United Disaster Response vs. Omni Pinnacle, et al. |
| 06-6414 | Cedric Floyd vs. Kenner City, et al. |
| 06-6879 | Belmont Commons, L.L.C. vs. Axis Surplus Insurance Company, et al. |
| 06-8628 | Gertrude Esteves, et al. vs. Standard Fire Insurance Company, et al. |
| 06-8848 | Marietta Plessy, et al. vs. American National General Insurance Company |
| 06-9176 | Hope Medical Group for Women, et al. vs. Kim Edward LeBlanc, et al. |
| 06-10837 | Jo Ann Sivori vs. Standard Fire Insurance Company |
| 07-0074 | Meadors Disaster Recovery, Ltd. vs. Philip Haynie, et al. |
| 07-0123 | Steve Landry vs. Rose Towing Services, Inc. |
| 07-1100 | Michael J. Hoover vs. Florida Hydro, Inc. |
| 07-1186 | Percy Dear vs. John A. Shea, et al. |
| 07-1330 | Cargill Ferrous International vs. M/V JIA QIANG, et al. |
| 07-1437 | Petrohawk Energy Corporation, et al. vs. Raceland Raw Sugar Corporation |
| 07-1510 | Louis Charles Hamilton, II, et al. vs. Mrs. Walter A. Dennis, et al. |
| 07-1560 | Daniel S. Sinclair, Jr. vs. Lease Finance Group, LLC, et al. |
| 07-1745 | Shahed W. Muhammad vs. American Security Insurance Corporation |

| | |
|---|---|
| 07-1747 | Charles E. Mungovan vs. Republic Fire & Casualty Company |
| 07-1851 | Waterman Steamship Corporation vs. United States of America |
| 07-1853 | Metal Trade Overseas AG vs. M/V HICKORY, et al. |
| 07-1931 | Able Security and Patrol, LLC, et al. vs. Louisiana State Board of Private Security Examiners, et al. |
| 07-2684 | Blunt Wrap U.S.A., Inc. vs. Republic Tobacco, L.P. |
| 07-2810 | Clyde Fricke vs. McKinney Inland, LLC, et al. |
| 07-2917 | Cheryl W. Floyd, et al. vs. Wells Fargo Home Mortgage Company |
| 07-2965 | Asset Funding Group, LLC vs. Adams and Reese, LLP |
| 07-2978 | Victor G. Theriault vs. MBNA Bank America, et al. |
| 07-3014 | International Subsea, Inc. vs. Adams Offshore, Ltd., et al. |
| 07-3059 | Calvin T. Fears vs. Diamond Offshore Drilling, Inc., et al. |
| 07-3120 | Tiffany Cryer vs. Dolgen Corp., Inc. |

IT IS FURTHER ORDERED that the following criminal cases are hereby TRANSFERRED to Section "T" of this Court effective June 18, 2007:

| | |
|---|---|
| 06-350 | United States vs. Therrill R. Edwards |
| 07-133 | United States vs. Mark John Glashauser |

New Orleans, Louisiana, this the ___13th___ day of _____June_____, 2007.

*[signature]*

IVAN L.R. LEMELLE
UNITED STATES DISTRICT JUDGE