U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  JAN - 4 2008
LORETTA G. WHYTE
CLERK

United States Court of Appeals
Fifth Circuit
FILED
December 11, 2007
Charles R. Fulbruge III
Clerk

# UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 06-31282

D.C. Docket No. 2:06-CV-9176   B

HOPE MEDICAL GROUP FOR WOMEN; K P, MD

        Plaintiffs - Appellant-Cross-Appellees

v.

KIM EDWARD LEBLANC, MD, in his official capacity as President of the Louisiana State Board of Medical Examiners; KEVIN J AMUSA, MD, in his official capacity as Vice President of the Louisiana State Board of Medical Examiners; MELVIN G BOURGEOIS, MD, in his official capacity as Secretary-Treasurer of the Louisiana State Board of Medical Examiners; MARK DAWSON, MD, in his official capacity as a Member of the Louisiana State Board of Medical Examiners; KEITH C FERDINAND, MD, in his official capacity as a Member of the Louisiana State Board of Medical Examiners; LINDA GAGE-WHITE, MD, in her official capacity as a Member of the Louisiana State Board of Medical Examiners; TONYA CECILIA SHEPPARD, MD, in her official capacity as a Member of the Louisiana State Board of Medical Examiners; CECILIA MOUTON, MD, in her official capacity as Director of Investigations and Enforcement for the Louisiana State Board of Medical Examiners

        Defendants - Appellee-Cross-Appellants

Appeal from the United States District Court for the Eastern District of Louisiana, New Orleans.

Before JOLLY, HIGGINBOTHAM, and ELROD, Circuit Judges.

## J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

___ Fee _____
___ Process _____
X  Dktd _____
___ CtRmDep _____
___ Doc. No. _____

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that each party bear its own costs on appeal.

ISSUED AS MANDATE:   JAN 0 3 2008

A True Copy
Attest
Clerk, U.S. Court of Appeals, Fifth Circuit
By: /s/ Angelique D. Batiste
Deputy
New Orleans, Louisiana            JAN 0 3 2008

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**

December 11, 2007

Charles R. Fulbruge III
Clerk

No. 06-31282

HOPE MEDICAL GROUP FOR WOMEN, et al

   Plaintiffs-Appellants-Cross-Appellees

v.

KIM EDWARD LEBLANC, M.D., et al

   Defendants-Appellees-Cross-Appellants

---

Appeal from the United States District Court
of the Eastern District of Louisiana
USDC No. 06-CV-9176

---

Before JOLLY, HIGGINBOTHAM, and ELROD, Circuit Judges.

PER CURIAM:[*]

  Having reviewed the district court's order, the parties' briefs, and the record, we find no reversible error. Accordingly, we AFFIRM.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

January 3, 2008

Ms Loretta Whyte, Clerk
Eastern District of Louisiana, New Orleans
United States District Court
Room C-151
500 Poydras Street
New Orleans, LA 70130

       No. 06-31282 Hope Med Grp Women v. LeBlanc
       USDC No.  2:06-CV-9176

Enclosed, for the district court only, is a certified copy of the judgment issued as the mandate.

Enclosed, for the district court only, is a copy of the court's opinion.

The electronic copy of the record has been recycled.

                Sincerely,

                CHARLES R. FULBRUGE III, Clerk

          By: _____
                Angelique D. Batiste, Deputy Clerk
                504-310-7808

cc: (letter only)
    Honorable Ivan LR Lemelle
    Ms Stephanie Toti
    Mr Don S McKinney

P.S. to Judge Lemelle:  A copy of the opinion was sent to your office via email the day it was filed.

MDT-1