UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **HOPE MEDICAL GROUP FOR WOMEN, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 06-9176** |
| **KIM EDWARD LEBLANC, ET A L** | **SECTION T(4)** |

## ORDER OF DISMISSAL

The Court has been advised that all of the parties to this action have firmly agreed upon a settlement and compromise, and that they need only execute releases and deliver funds in accordance with their agreement.

Accordingly,

**IT IS ORDERED** that this action be, and the same is hereby **DISMISSED WITHOUT COSTS BUT WITHOUT PREJUDICE** to the right of any party, upon good cause shown, to reopen the action or to seek summary judgment enforcing the compromise if settlement is not consummated within a reasonable time. This Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties.

New Orleans, Louisiana, this 3rd day of March, 2008.

_____
 **G. THOMAS PORTEOUS, JR.
 UNITED STATES DISTRICT JUDGE**