IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

-------------------------------------------------------X

**HOPE MEDICAL GROUP FOR WOMEN**
and **K.P., M.D.**,

                        Plaintiffs,

  -against-                                      No. 2:06-cv-09176-ILRL-KWR
                                                        Section B

**KIM EDWARD LEBLANC, M.D.**, in his
official capacity as President of the
Louisiana State Board of Medical
Examiners *et al.*,

                        Defendants.

-------------------------------------------------------X

## MOTION ON CONSENT OF ALL PARTIES FOR AN ORDER APPROVING AND MANDATING COMPLIANCE WITH THE PARTIES' STIPULATION OF SETTLEMENT

On consent of all parties, Plaintiffs respectfully move the court for an Order approving and mandating compliance with the Stipulation of Settlement, to which all parties to this matter have agreed. A copy of the fully-executed Stipulation of Settlement is submitted herewith. The Stipulation of Settlement resolves all outstanding issues in the case.

                                                               Respectfully submitted,

                                                                 /S/ *Stephanie Toti*
                                                              Stephanie Toti*
                                                             Suzanne Stolz*
                                                            Bonnie Scott Jones*
                                                            The Center for Reproductive Rights
                                                           120 Wall Street, 14th Floor
                                                           New York, NY 10005
                                                          (917) 637-3600
                                                           *Admitted *Pro Hac Vice*

                                                           William E. Rittenberg
                                                           Rittenberg, Samuel & Phillips, LLC
                                                           715 Girod Street
                                                           New Orleans, LA 70130
                                                          (504) 524-5555
                                                          **Counsel for Plaintiffs**